

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00110-CR

**DAVID B. HENRY,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2013-431-C1**

## MEMORANDUM OPINION

David Bruce Henry pled guilty to the felony offense of driving while intoxicated and sentenced to life in prison. *See generally* TEX. PENAL CODE ANN. § 49.04 (West 2011). He timely appealed the trial court's judgment. After the notice of appeal was filed, Henry signed a waiver of his right to appeal.

By letter dated April 21, 2015, the clerk notified Henry that the subsequent waiver may deprive the Court of jurisdiction to decide the appeal. *See Marsh v. State*, 444 S.W.3d 654, 660 (Tex. Crim. App. 2014). In the same letter, Henry was warned that

the Court would dismiss this appeal unless, within 14 days of the date of the letter, a response was filed showing grounds for continuing the appeal. More than 14 days have passed and no response has been filed.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 14, 2015
Do not publish
[CRPM]

